## 17903.   DREW v. THE STATE.

BLOODWORTH, J. This case is here upon the general grounds only. The evidence supports the verdict, and the court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 12, 1927.

Adultery; from Webster superior court—Judge Littlejohn. December 10, 1926.

*G. Y. Harrell, M. A. Walker,* for plaintiff in error.

*Jule Felton, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74; p. 1217, n. 44, 45.